

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00464-CV

Mark **DAVIS**,
Appellant

v.

**MIDDLE BOSQUE PARTNERS, LP** and Highland Coryell Ranch, LLC,
Appellees

From the 13th Judicial District Court, Navarro County, Texas
Trial Court No. D12-21464-CV
Honorable James E. Lagomarsino, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED for further proceedings. It is ORDERED that appellant, Mark Davis, recover his costs of this appeal from appellees, Middle Bosque Partners, LP and Highland Coryell Ranch, LLC.

SIGNED April 9, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice